JUDGE RONALD B. LEIGHTON

```
_____ FILED _____ LODGED
           _____ RECEIVED
        DEC 23 2009
    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
                          BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR09-5825RBL |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO EXTEND PRETRIAL MOTIONS' DEADLINE |
| TIMOTHY J. LEVENS, | |
| Defendant. | |

Upon the Unopposed Motion of the defendant to extend the pretrial motions' due date in this matter, the Court finds that such an extension would serve the ends of justice; therefore,

//
//
//
//
//
//
//
//
//

---

ORDER GRANTING MOTION TO EXTEND
PRETRIAL MOTIONS' DEADLINE
United States v. Levens, CR09-5825RBL           - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

1   IT IS HEREBY ORDERED that the pretrial motions' due date in this matter be
2   extended from December 28, 2009, to January 11, 2010.
3   DONE this __23rd__ day of December, 2009.

4

5

6   _____
7   JUDGE RONALD B. LEIGHTON
    UNITED STATES DISTRICT COURT JUDGE

8   Presented by:
9

10
    /s/ *Linda R. Sullivan*
11  LINDA R. SULLIVAN
    Attorney for Defendant
12

ORDER GRANTING MOTION TO EXTEND
PRETRIAL MOTIONS' DEADLINE
United States v. Levens, CR09-5825RBL    - 2 -

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710