UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY JAMES LEVENS,<br><br>Defendant. | CASE NO. CR09-5825RBL<br><br>ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PROBATION OFFICE |

THIS MATTER comes on for hearing on the Petition of the United States Probation Office alleging defendant violated the conditions of supervision as set forth in said Petition.

The plaintiff appeared through Special/Assistant United States Attorney, Jesse Williams.

The defendant appeared personally and represented by counsel, Miriam Schwartz.

The defendant has been advised of (a) the alleged violations; (b) the right to a hearing; and (c) that defendant's supervision could be revoked and defendant detained for up to two years if found to be in violation of supervision.

The defendant having acknowledged the right to a hearing on the merits, voluntarily waived that hearing, and acknowledged violating the following conditions of supervision as set forth below:

> Failing to reside in and satisfactorily participate in a residential reentry center program by absconding on March 29, 2012, in violation of a special condition of supervision.

The Court accepted the defendant's admission and set the matter for disposition hearing before the Honorable Ronald B. Leighton on **May 2, 2012, at 11:00am in Courtroom B**.

The defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

Dated this 18 day of April, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER RE: ALLEGATIONS OF VIOLATION OF
CONDITIONS OF SUPERVISION BY UNITED
STATES PROBATION OFFICE- 2